# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN TONY CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>THE WHOLE DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. 1:18-cv-00397-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 26) |

Plaintiff Ruben Tony Cervantes is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to proceed *in forma pauperis*, filed on December 19, 2019. (ECF No. 26.)

However, since Plaintiff's previous motion to proceed *in forma pauperis* was granted on March 27, 2018 and this action was dismissed with prejudice on February 20, 2019, Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 26), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **December 23, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1